

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

John Robert Johnson, Jr., and T&J Hauling Co., Inc., Appellants

No. 06-14-00009-CV      v.

Bobby West, et al., Appellees

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 12C1099-102). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We further order that the appellee, Bobby West, et al., pay all costs of this appeal.

RENDERED JUNE 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk